# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

John C. Berkery,  :
    Plaintiff,  :
v  :  CIVIL NO. - 23-cv-04065-JSW
Twitter, Inc.; John Does 1- 4  :
    Defendants.  :
_____  :

**FILED**

AUG 29 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## AMENDED COMPLAINT

In compliance with the Court's 8/15/23 directive, Plaintiff, John C. Berkery hereby files this Amended Complaint against Defendants Twitter, Inc. and John Does 1-4, and in support of same avers as follows:

## PARTIES

1. Plaintiff, John C. Berkery is an individual and resides at 2115 Fairwold Lane, Whitemarsh Township, Fort Washington, Montgomery County, Pennsylvania;

2. Defendant Twitter, Inc ("Twitter") is a California corporation with a normal and ordinary business address of Market Square, 1355 Market St #900, San Francisco, CA 94103;

3. Defendants John Doe 1-4 are as yet unidentified members of Defendant Twitter's "support team"; they will be further identified on Discovery.

## JURISDICTION & VENUE

4. This Court has jurisdiction in this matter because it involves a free speech violation and there is Diversity of citizenship. 28 U.S.C. §1332. Damages sought exceed $75,000.

1

5. Venue attaches because the defendants are citizens of the Northern District of California. 28 U.S.C. §1331(a)(b).

**BACKGROUND & CAUSE OF ACTION**

6. Plaintiff is of the common law protected opinion that the current President of the United States, Joseph Robinette Biden, Jr. (Biden) has sold his Office for cash to a number of countries, many of whom are our adversaries;

7. Plaintiff is of the further common law protected opinion that Biden's conduct may constitute Treason under 18 U.S. Code § 2381 - Treason

*Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.*

8. Plaintiff maintained an account with Twitter and tweeted both the above common law protected opinions; there was no implication or threat of violence.

9. As a result of the above tweet, Plaintiff was notified by Twitter that his account was being indefinitely suspended as a result of a decision by the Twitter "Support Team" that the tweet violated Twitter's ban on "violent speech".

*June 2023. You may not threaten, incite, glorify, or express desire for violence or harm.Twitter is a place where people can express themselves, learn about what's happening, and debate global issues. However, healthy conversations can't thrive when violent speech is used to deliver a message. As a result, we have a zero tolerance policy towards violent speech in order to ensure the safety of our users and prevent the normalization of violent actions.*

10. In Plaintiff's matter there was no "violent speech". Twitter additionally violated their own policy on Free Speech, which is

*Freedom of Speech, Not Reach: An update on our enforcement philosophy. Our mission at Twitter 2.0 is to promote and protect the public conversation. We believe Twitter users have the right to express their opinions and ideas without fear of censorship.Apr 17, 2023.*

11. Instead, Twitter permanently and arbitrarily suspended Plaintiff's account, saying:

*Hello,Thank you for your patience as we reviewed your appeal request for account @seanmacsean1. Our support team has determined that a violation did take place, and therefore we will not overturn our decision. Your account has been suspended and will not be restored due to violations of the Twitter Rules, specifically our rules around: Violating our rules against violent speech.*
*Thanks,*
*Twitter 7/27/23*

12. Plaintiff responded to this blatant Free Speech violation by sending Twitter a message

*Your boilerplate answer was non responsive to my request which called for you to provide the exact words you contend were "violent speech". If you persist in stalling, I will file a Federal action based on First Amendment violations. Your choice.Sent from my iPad*

13. Twitter's response was non-responsive:

*On Jul 28, 2023, at 10:51 PM, Twitter <notify@twitter.com> wrote:*
*Hello, Thank you for your patience as we reviewed your appeal request for account @seanmacsean1. Our support team has determined that a violation did take place, and therefore we will not overturn our decision. Your account has been suspended and will not be restored due to violations of the Twitter Rules, specifically our rules around: Violating our rules against violent speech. Thanks,  Twitter.*

14. Indeed, for the past several years, conservatives have alleged that the dominant social media platforms have wielded their unchecked power in such a way as to censor, deprioritize, discriminate against, and ultimately deplatform

3

conservative/rightwing viewpoints, speakers and content. These actions raised the questions of whether such content moderation is even-handed and non-discriminatory or whether it is viewpoint-based or speaker-based, in violation of fundamental, shared First Amendment and free speech values. *See*:

John Herrman & Mike Isaac, *Conservatives Accuse Facebook of Political Bias*, N.Y. TIMES: TECH. (May 9, 2016), https://www.nytimes.com/2016/05/10/technology/conservatives-accuse-facebook-of-political bias.html. Hastings Law Journal, Volume 74, Issue 5 (2023).

This action follows.

15. The paragraphs one through fourteen are incorporated herein by reference as if fully set forth.

16. **COUNT ONE: Violation of Plaintiff's Common Law Protected Right to Free Speech.**

17. An individual's right of Freedom of Speech has traditionally been protected at common law. Villanova Law Review, Vol. 66, p. 311, 333..

*"For example, the Pennsylvania Constitution of 1776 separated freedom of speech and freedom of the press,87 yet Pennsylvania courts articulated publishing freedoms as being somewhat consistent mainly with freedoms against prior restraints, holding that "every citizen may freely speak write and print on every subject, being responsible for the abuse of that liberty."88*
*[87. PA. CONST. of 1776, art. 12 ("[T]he people have a right to freedom of speech, and of writing, and publishing their sentiments; therefore the freedom of the press ought not to be restrained.").*
*88. Commonwealth v. Davies, 1 Binn. 97, 98 note a (Pa. 1804).]*

18. The Defendants, through their arbitrary and capricious suspension of Plaintiff's Twitter account, using the excuse "violent speech" when no violent speech existed, blatantly violated Plaintiff's absolute right to Free Speech

under the common law and in doing so caused Plaintiff to suffer actionable damage.

19. *"Today's digital platforms provide avenues for historically unprecedented amounts of speech. . . . Also unprecedented, however, is the concentrated control of so much speech in the hands of a few private parties. We will soon have no choice but to address how our legal doctrines apply to highly concentrated, privately owned information infrastructure such as digital platforms"*. *Biden v. Knight First Amend. Inst. at Columbia Univ.*, 141 S. Ct. 1220, 1221 (2021) (Thomas, J., concurring).

20. Defendants have additionally violated The California Social Media Accountability and Transparency Act. CA SB1018, 2021-2022; 11549.68.

21. Defendants' frivolous actions showed a political motive to suppress Conservative speech opposed to their Liberal philosophy.

**RELIEF REQUESTED**

Plaintiff requests this Court to impose a $10,000 a day fine on the Defendants, jointly and severally, beginning July 27, 2023, the day of their violation ($250,000 as of August 21, 2023) and continuing until they purge themselves of their illegal conduct, and reinstate Plaintiff's improperly suspended Twitter account, said fine finally going to Plaintiff in reparation for the damage done to him.

Plaintiff additionally requests that the Court Order the United States Marshal's Service to hand deliver a copy of this Complaint to the Defendants effecting Original Process.

**CONCLUSION**

For the reasons given above, Plaintiff respectfully petitions this Court for

the relief requested and such other and further relief as the Court may deem appropriate.

Respectfully submitted,

*/s/ John Berkery*
John C. Berkery, Plaintiff Pro Se
2115 Fairwold Lane
Fort Washington, PA 19034
(215) 380-1939
law_fed.state@yahoo.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this civil complaint was served by me via United States Marshal's Service, on this ___ day of September, 2023, upon the following:

Twitter, Inc.
Market Square
1355 Market St #900,
San Francisco, CA 94103

_John C. Berkery_
John C. Berkery, Plaintiff Pro Se

John Beakehr
2115 Fair wold Ln.
Ft. Washington, PA
19034



Clerk's Office
U.S. District Court
N. Dist. Cali.
1301 Clay St., Ste #400S
Oakland, CA 94612-5212

